891 A.2d 615

IN THE MATTER OF ERIC J. CLAYMAN,
AN ATTORNEY AT LAW.

February 22, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–278, concluding that **ERIC J. CLAYMAN** of **AUDUBON**, who was admitted to the bar of this State in 1985, should be censured for violating *RPC* 3.3(a)(1) (making false statements of material fact to a tribunal), *RPC* 3.3(a)(2) (assisting client in a fraud), *RPC* 3.3(a)(5) (failure to disclose to a tribunal a material fact with knowledge that the tribunal may tend to be misled by such failure), *RPC* 4.1(a)(1) and (2) (false statements of material fact to third persons and failure to disclose material facts to a third person when disclosure is necessary to avoid assisting a fraudulent act by the client), *RPC* 8.4(c) (conduct involving dishonesty, deceit, fraud or misrepresentation), *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **ERIC J. CLAYMAN** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.